In the Matter of the Final Accounting of the Executors of WILLIAM J. O'SHEA, Deceased Trustee of Express Trusts Made and Executed by WILLIAM J. REILLY and of the Intermediate and Final Accounting of CHEMICAL BANK NEW YORK TRUST COMPANY, as Surviving Trustee of Said Trusts, Appellant. JOHN F. DEVLIN et al., Respondents.

Concur — Stevens, J. P., Rabin, McNally and Witmer, JJ.